

15 May 2024

<u>VIA ECF</u>

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: Terra Towers Corp. v. Telecom Business Solution, LLC (2d Circuit Docket 24-749)**

Dear Ms. Wolfe:

This firm represents Appellants Terra Towers Corp. ("Terra"), TBS Management, S.A. ("TBS") and DT Holdings, Inc. ("DTH") in the above-referenced appeal. We are writing to submit the required Case Status Update mandated by the court on April 18, 2024, requiring that Appellants inform the court within 14 days after final disposition of any pending motion included in FRAP4(a)(4).

On May 1, 2024, the trial court entered its Memo Endorsement denying Terra, TBS and DTH's Motion for Reconsideration filed under Rule 59(e) of the Federal Rules of Civil Procedure. (DE 73). Appellants will be filing a timely amended notice of appeal pursuant to Fed. R. App. P. Rule 4(a)(4)(B)(ii) to appeal the trial court's denial of Appellants' Rule 59(e) motion, in addition to the underlying judgment, and to appeal the trial court's orders sealing the record herein which were entered prior to the trial court's final disposition of the Rule 59(e) motion. The Amended Notice of Appeal is due May 31, 2024, and Appellants will be filing their Amended Notice of Appeal on or before that date.

Respectfully,

*/s/ Juan J. Rodriguez*
Juan J. Rodriguez, Esq.

cc: All counsel of record (via ECF)

Case: 24-749, 05/15/2024, DktEntry: 24.1, Page 2 of 3
Case 1:22-cv-07301-LAK   Document 73   Filed 05/01/24   Page 1 of 2
Case 1:22-cv-07301-LAK   Document 60   Filed 03/19/24   Page 1 of 2

# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2024
```

TERRA TOWERS CORP., TBS MANAGEMENT, S.A., and DT HOLDINGS, INC.,

*Petitioners,*

v.

TELECOM BUSINESS SOLUTION, LLC, LATAM TOWERS, LLC, and AMLQ HOLDINGS (CAY) LTD.,

*Respondents.*

No. 22-cv-07301-LAK

Pursuant to 59(e) of the Federal Rules of Civil Procedure, Petitioners Terra Towers Corp., TBS Management, S.A. (together, "**Terra**"), and DT Holdings, Inc. ("**DTH**"), respectfully moves to **alter** or **amend** the judgment entered on February 21, 2024, denying Petitioners' amended petition to disqualify the arbitral panel (DE 59), and for other and further relief as the Court deems just and proper. In support, Terra/DTH submits their Memorandum of Law dated March 19, 2024, and a Declaration in Support, which are being filed contemporaneously with this **motion**.

Dated: Miami, FL

March 19, 2024

                                        Respectfully submitted,

                                        **CAREY RODRIGUEZ LLP**
                                        By: */s/ Juan J. Rodriguez*
                                        Juan J. Rodriguez*

                                        1395 Brickell Avenue, Suite 700
                                        Miami, Florida 33131
                                        Phone: 305-372-7474
                                        Fax: 305-372-7475
                                        jrodriguez@careyrodriguez.com
                                        **Admitted Pro Hac Vice*

                                        *Counsel for Petitioners*

Memorandum Endorsement     Telecom Bus. Sol. LLC v. Terra Towers Corp., 22-cv-07301 (LAK)

   Petitioners' motion for reconsideration (Dkt 60) is denied substantially for the reasons stated in respondents' opposition (Dkt 66).

   SO ORDERED.

Dated:  May 1, 2024

                 Lewis A. Kaplan
                 United States District Judge