UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of July, two thousand twenty-four,

| | |
|---|---|
| DT Holdings, Inc., Terra Towers Corp., TBS Management, S.A., | **ORDER** <br> Docket No. 24-749 |
|     Petitioners - Appellants, | |
| v. | |
| Telecom Business Solution, LLC, Latam Towers, LLC, AMLQ Holdings (Cay), Ltd., | |
|     Respondents - Appellees. | |

      Counsel for Appellant DT Holdings, Inc., Appellant Terra Towers Corp., Appellant TBS Management, S.A., has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting September 13, 2024, as the brief filing date.

      It is HEREBY ORDERED that Appellant's brief must be filed on or before September 13, 2024. The appeal is dismissed effective September 13, 2024, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

      For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court