# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of July, two thousand twenty-four.

Before:     William J. Nardini,
              *Circuit Judge*,

---

Telecom Business Solution, LLC, Latam Towers, LLC, AMLQ Holdings (Cay), Ltd.,

    Petitioners - Appellees,

and

DT Holdings, Inc.,

    Appellant,

v.

Terra Towers Corp., TBS Management, S.A.,

    Respondents - Appellants.

**ORDER**

Docket Nos. 23-7312(L), 24-513(Con), 24-722(Con); 24-749

---

     Appellants move for an extension of time until September 13, 2024 to file their principal brief and for leave to file a brief of up to 50 pages. Appellees do not oppose the motion to extend time and request that the Court consolidate Appellants' latest appeal, 24-749, with and into the already consolidated appeals.

     IT IS HEREBY ORDERED that the motion is granted to the following extent. The appeal in Docket No. 24-749 shall be consolidated with 23-7312, 24-513, and 24-722. Each side is granted permission to file an oversized principal brief of no longer than 23,000 words, and Appellants may file a reply brief of no longer than 10,000 words. Appellants' principal brief is to be filed no later than September 23, 2024.

                        For the Court:
                        Catherine O'Hagan Wolfe,
                        Clerk of Court

