**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** _____    Caption [use short title] _____

**Motion for:** _____

_____

_____

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

_____

_____

**MOVING PARTY:** _____    **OPPOSING PARTY:** _____

☐ Plaintiff    ☐ Defendant

☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** _____    **OPPOSING ATTORNEY:** _____

[name of attorney, with firm, address, phone number and e-mail]

_____    _____

_____    _____

_____    _____

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**    **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):    Has this request for relief been made below? ☐ Yes ☐ No
☐ Yes ☐ No (explain): _____    Has this relief been previously sought in this court? ☐ Yes ☐ No
_____

Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:    _____
☐ Unopposed ☐ Opposed ☐ Don't Know    _____
Does opposing counsel intend to file a response:    _____
☐ Yes ☐ No ☐ Don't Know    _____


Is the oral argument on motion requested?    ☐ Yes    ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?    ☐ Yes    ☐ No  If yes, enter date: _____

**Signature of Moving Attorney:**

_____ **Date:** _____    Service :  ☐ Electronic    ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)